**LAW OFFICE OF FRED GAGLIARDINI**
**Fred Gagliardini, SBN 202781**
1227 California Avenue
Bakersfield, California 93304
(661) 755-5757

Attorneys for Defendant
Diego Alonzo Lozano Perez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>Bikramjit Pannu and Ulises Pena,<br><br>Defendants | Case No.: 1:18-CR-00065-2-DAD-BAM<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRETRIAL CRIMINAL STATUS CONFERENCE<br><br>COURT: Hon. Barbara A. McAuliffe<br><br>June 25, 2018<br>1:00 p.m. |

     Defendant Ulises Pena, through undersigned counsel of record hereby stipulate to continue the **pretrial status conference** from **June 25, 2018** to **September 24, 2018**.

     <u>Reasons for continuance</u>:  Counsel was only recently appointed and has yet to review the 11,000+ pages of discovery.  In addition, counsel will be engaged in at least two jury trials in the coming months, one expected to last some 6-8 weeks before the Hon. Lawrence O'Neill.

     Now, therefore, it is stipulated by and between the parties to this action as follows:

1. The date currently set for June 25, 2018, be continued to September 24, 2018.
2. Defendant by and through his counsel agrees to exclude time pursuant to the Speedy Trial Act.

So stipulated:

Dated: May 16, 2018                Law Office of Fred Gagliardini

                                   By: _____Fred Gagliardini /S/_____

                                   Fred Gagliardini, Attorney for Pena

Dated: May 16, 2018                Law Office of

                                   By: _____Robert Lamanuzzi /S/_____

                                   Robert Lamanuzzi, Attorney for

Dated: May 16, 2018                United States of America

                                   By:_____Henry Z Carbajal /S/_____

                                   Henry Z Carbajal, Asst. U.S. Attorney

## **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the 1st STATUS CONFERENCE currently set for June 25, 2018, be and hereby is continued to September 24, 2018, at 1:00 pm before Judge McAuliffe in courtroom 8. Time excluded pursuant to 18 USC 3161(7)(A) and (B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated: **May 18, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE