**LAW OFFICE OF EMILY DELEON**
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emilydeleonlaw@gmail.com

Attorney for:
Ulises Pena

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>Bikramjit Singh Pannu<br>Ulises Pena<br><br>Defendants. | Case No. 1:18-CR-00065-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE BARBARA A. MCAULIFFE; HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ULISES PENA, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for Monday, February 25, 2019, be continued to April 8, 2019.

Defense counsel for Mr. Pena was recently appointed and requires additional time to review the discovery. Defense counsel and the Government also need additional time to have a meaningful discussion of the plea agreement.

The parties agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

///

///

///

1

**IT IS SO STIPULATED.**

DATED: 02/21/19          Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Ulises Pena

DATED: 02/21/19          */s/Robert Lamanuzzi*
ROBERT LAMANUZZI
Attorney for Defendant
Bikramjit Singh Pannu

DATED: 02/21/19          */s/Henry Carbajal*
HENRY CARBAJAL
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the 3rd Status Conference for both defendants is continued from February 25, 2019 to April 8, 2019 at 1:00 PM before Magistrate Judge Stanley A. Boone. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: **February 21, 2019**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE