1  **LAW OFFICE OF EMILY DELEON**
2  Emily de Leon, SBN 296416
   1318 K Street
3  Bakersfield, CA 93301
   Tel: (661) 326-0857
4  Email: emily@lawdeleon.com

5  Attorney for:
   Ulises Pena
6
                        UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00065-DAD-BAM |
|---|---|
| Plaintiff | STIPULATION AND ORDER TO CONTINE STATUS CONERENCE |
| Bikramjit Singh Pannu<br>Ulises Pena | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE BARBARA A. MCAULIFFE; HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ULISES PENA, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for April 8, 2019, be continued to May 13, 2019.

The government has produced over 11,000 pages of Bates stamped discovery, including investigative reports and related documents, as well as items seized by search warrant. This discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense counsel for Mr. Pena was appointed on approximately January 30, 2019, after Mr. Pena's previous counsel retired from practice and withdrew from the case. The April 8, 2019 status conference would be counsel's second status conference representing Mr. Pena. Defense counsel for Mr. Pena requires additional time to review the voluminous discovery. Defense counsel and the Government also need additional time to have a meaningful discussion of the plea

1

1 | agreement.

2 | Counsel for Mr. Pannu and counsel for the government do not object to, and agree with, the request for continuance of the status conference. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties agree that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 13, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: 04/04/19

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Ulises Pena

DATED: 04/04/19

*/s/Robert Lamanuzzi*
ROBERT LAMANUZZI
Attorney for Defendant
Bikramjit Singh Pannu

DATED: 04/04/19

*/s/Henry Carbajal*
HENRY CARBAJAL
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the 3rd Status Conference is continued from April 8, 2019 to May 13, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated: **April 4, 2019**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE