ROBERT LAMANUZZI. 213673
1330 L Street Suite D
Fresno CA 93721
(559) 441-1979

Attorney for Defendant
BIKRAMJIT PANNU

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00065 DAD-BAM |
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S PRESENCE (ALL PROCEEDINGS) AND ORDER |
| BIKRAMJIT PANNU | |
| Defendant | |

      Pursuant to Federal Rule of Criminal Procedure 43(b)(3), the Defendant having been advised of the right to be present at all states of this criminal case hereby requests that this Court proceed in Defendant's absence on every occasion that the Court may permit, including but not limited to arraignment, status conferences, plea, trial and sentencing. Defendant agrees that Defendant's interests shall be represented at all times by the presence of Defendant's attorney the same as if Defendant were personally present and requests that this Court allow Defendant's attorney to represent Defendant's interests at all times until ordered to appear by the Court. Defendant further agrees that an order to the Defendant's attorney that the Defendant's presence is required at a particular hearing will be deemed notice to the defendant of the requirement of the Defendant's appearance at court hearing on the date and time ordered to appear.

      As a result, the Defendant acknowledges that it is Defendant's responsibility to know of all future court dates and to stay in close contact with Defendant's counsel prior to and immediately after Defendant's hearing. Defendant also acknowledges that Defendant is required to update the Court and Defendant's counsel of any change of address <u>and</u> Defendant's counsel of any change in contact information. Defendant acknowledges that a failure to abide by any of these requirements may result in this waiver being vacated by the Court.

WAIVER OF DEFENDANT'S PRESENCE (ALL PROCEEDINGS) AND ORDER - 1

Defendant acknowledges that a failure to appear at a hearing or which the Defendant was ordered to appear, even if the Defendant's counsel is unable to advise Defendant of the hearing, will result in the issuance of a warrant for the Defendant's arrest and may result in additional criminal charges.

I agree to the terms set forth above and agree to be in contact with my attorney and know that a failure to appear by me when ordered to do so, even when not present at the hearing for which I am ordered to appear, will result in a warrant for my arrest. I also acknowledge that counsel will act on my behalf including entering a plea (guilty/not guilty/nolo contendere) and be sentenced by the Court, which may include but is not limited to imprisonment and/or fine up to the statutory maximum for the offense(s), in my absence. I acknowledge that I can personally appear at any hearing associated with my case if I so chose.

Dated: 12/2/19  /s/Bikramjit Pannu
BIKRAMJIT PANNU
Defendant

I acknowledge the foregoing.

Dated: 12/2/19  /s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant, BIKRAMJIT PANNU

**ORDER**

**IT IS HEREBY ORDERED that** pursuant to Fed.R.Crim.P.43(b)(2), Defendant's appearance is excused at any and all criminal proceedings associated with this case until ordered to appear.

IT IS SO ORDERED.

Dated: **December 2, 2019**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

WAIVER OF DEFENDANT'S PRESENCE (ALL PROCEEDINGS) AND ORDER - 2