Martin Taleisnik, #172218
*SAWL LAW GROUP*
2150 Tulare Street
Fresno, CA 93721
Telephone: (559) 266-9800
Fax:(559) 266-3421
Email: mtaleisnik@sawllaw.com

Attorney for Bikramjit Singh Pannu

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>BIKRAMJIT SINGH PANNU,<br><br>　　　Defendant. | No. **1:18-cr-00065-DAD-BAM-1**<br><br>**STIPULATION AND ORDER TO TERMINATE DEFENDANT'S PRETRIAL SERVICES SUPERVISION** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND HENRY Z. CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, BIKRAMJIT SINGH PANNU, by and through his attorney of record, MARTIN TALEISNIK, and at the request of Pretrial Services, hereby moves that the court remove Mr. Pannu from Pretrial Services' supervision because Mr. Pannu has been under Pretrial Services supervision since April 5, 2018 without incident. The parties stipulate that Mr. Pannu's supervision be terminated, and that conditions numbers one through four of his release should remain in effect. Mr. Pannu's Pretrial Services Officer, Ryan Beckwith, is aware of the request and he has no objection.

Additionally, defense counsel will provide the court and the government quarterly reports regarding Mr. Pannu's status via email. I have communicated with AUSA Carbajal and he has no objection.

**IT IS SO STIPULATED.**

                                      Respectfully Submitted,

Dated: February 16, 2021        /s/ Martin Taleisnik
                                      Attorney for Defendant
                                      Bikramjit Singh Pannu

Dated: February 16, 2021        /s/ Henry Z. Carbajal
                                      Asst. United States Attorney

## ORDER

Following the Court's discussion with Pretrial Services Officer Beckwith, **IT IS SO ORDERED** that Bikramjit Singh Pannu's Pretrial Supervision be terminated; however, Mr. Pannu must abide by conditions one through four of his release. Defense counsel must also provide quarterly reports to the government and the court as to defendant's status.

IT IS SO ORDERED.

Dated:   **February 12, 2021**        /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE