PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>BIKRAMJIT SINGH PANNU,<br>ULISES PENA,<br><br>                                   Defendants. | CASE NO.  1:18-CR-00065-DAD-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE, SET TRIAL DATE, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 23, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows.

1.      By previous order, this matter was set for status conference on March 23, 2022.

2.      By this stipulation, the parties now move to vacate the status conference, set a trial date on **November 8, 2022**, and to exclude time between March 23, 2022, and November 8, 2022, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv), and Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case currently includes over 11,000 pages of Bates stamped discovery, including items seized by search warrant, investigative reports and related documents.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Defense counsel for Mr. Pena and Mr. Pannu require additional time for defense investigation and review of the extensive discovery produced before the commencement of a trial.  The government has also sent revised plea offers to the defendants, and defense needs additional time to communicate with their respective clients regarding the plea offers.  Thus, the requested continuance and agreed trial date will conserve time and resources for the parties and the Court.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested and setting a trial date outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 23, 2022 to November 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i), (ii) and (iv) and Local Code T4 because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 16, 2022                          PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ HENRY Z. CARBAJAL III
                                                HENRY Z. CARBAJAL III
                                                Assistant United States Attorney

Dated:  March 16, 2022

/s/Alexia Torres-Stallings

ALEKXIA TORRES-STALLINGS
Counsel for Defendant
ULISES PENA

Dated:  March 16, 2022

/s/Martin Taleisnik

MARTIN TALEISNIK
Counsel for Defendant
BIKRAMJIT SINGH PANNU

## **<u>ORDER</u>**

IT IS SO ORDERED that the status conference set for March 23, 2022, is vacated. A jury trial is set for **November 8, 2022, at 8:30 a.m. before District Judge Dale A. Drozd**. Estimated time of trial is **<u>4 days</u>**. A trial confirmation is set for **October 24, 2022, at 9:00 a.m. before District Judge Dale A. Drozd**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:   **March 16, 2022**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE