PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  1:18-CR-00065-ADA-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| v. | |
| BIKRAMJIT SINGH PANNU, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a trial confirmation hearing on October 24, 2022, and trial beginning on November 8, 2022, and time under the Speedy Trial Act was excluded.

2. The parties now stipulate and request that the trial confirmation hearing be continued until July 31, 2023, at 8:30 a.m., and that the beginning of trial be continued until August 15, 2023, at 8:30 a.m.  This is now the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation.  The defendant moves to exclude time from November 8, 2022, through August 15, 2023, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

///
///

1

3.  The parties stipulate and request that the Court make the following findings:

    a.  The government has produced discovery to defense counsel and made other items available for inspection and copying.  The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.

    b.  Defense counsel desires additional time to complete his review of the discovery, perform additional investigation, conduct legal research, prepare pretrial motions, and otherwise prepare for trial.

    c.  Defense counsel believes that failure to grant the above-requested continuance will deny him necessary and reasonable time for effective preparation.

    d.  Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of November 8, 2022, through August 15, 2023, is deemed excludable under 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy

2       Trial Act dictate that additional periods are excludable from the period within which trial

3       must commence.

4

5        **IT IS SO STIPULATED.**

6
                                                    Respectfully Submitted,
7

8    DATED:  September 30, 2022              */s/ Joseph Barton*_____

9                                            JOSEPH BARTON
                                             Assistant United States Attorney
10

11   DATED:  September 30, 2022              */s/ Martin Taleisnik*_____

12                                           MARTIN TALEISNIK
                                             Counsel for Bikramjit Pannu
13

14

15

16

17   IT IS SO ORDERED.

18      Dated:   October 4, 2022      _____

19                                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                        3