Martin Taleisnik; SBN 172218
SAWL LAW GROUP
2150 Tulare St.
Fresno, CA, 93721
Telephone 559-266-9800
Fax 559-266-3421

Attorney for: BIKRAMJIT SINGH PANNU

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00065-ADA-BAM |
|---|---|
| Plaintiff, | ORDER TO WITHDRAW REQUEST TO RELEASE PASSPORT HELD AS COLLATERAL |
| v. | |
| BIKRAMJIT SINGH PANNU, and ULISES PENA, | |
| Defendants. | |

Defendant BIKRAMJIT SINGH PANNU, by and through his Attorney of Record, MARTIN TALEISNIK, hereby requests to withdraw the previously filed request to release his United States Passport, previously-received as collateral in this matter. Mr. Pannu and counsel were advised that the passport has already been returned to the Department of State and is no longer in the Court's possession. Mr. Pannu will follow up with the State Department accordingly to obtain his passport.

DATED:    August 21, 2023                    /s/ Martin Taleisnik
                                             MARTIN TALEISNIK
                                             Counsel for Defendant
                                             BIKRAMJIT SINGH PANNU

DATED:    August 21, 2023                    /s/ Joseph Barton
                                             JOSEPH BARTON
                                             Assistant United States Attorney

1

**ORDER**

IT IS ORDERED THAT Mr. Pannu's previously filed request to release his United States Passport be withdrawn due to Mr. Pannu's passport already having been returned to the State Department and no longer being in the Court's possession.

IT IS SO ORDERED.

Dated: August 21, 2023

_____
UNITED STATES DISTRICT JUDGE